

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-17-00359-CR

David Middleman § From the 431st District Court

§ of Denton County (F16-2710-431)

v. § June 21, 2018

§ Opinion by Justice Walker

The State of Texas § (nfp)

## JUDGMENT

This court has considered the record on appeal in this case and holds that

the appeal should be dismissed.  It is ordered that the appeal is dismissed.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Sue Walker_____
Justice Sue Walker